RECEIVED
SDNY PRO SE OFFICE

2022 JAN 11   AM 10: 42

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Courtney Green

_____

_____

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

NBC Universal Media LLC

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## AMENDED
## COMPLAINT

Do you want a jury trial?
☐ Yes   ☑ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Defamation of Character

_____

_____

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , <u>Courtney Green</u> , is a citizen of the State of
(Plaintiff's name)

<u>Missouri</u>
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, <u>NBC Universal Media LLC</u>, is a citizen of the State of
                             (Defendant's name)

<u>New York</u>

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Courtney | | Green |
|---|---|---|
| First Name | Middle Initial | Last Name |

| Po Box 5011 |
|---|
| Street Address |

| Jackson County, Missouri | Missouri | 64130 |
|---|---|---|
| County, City | State | Zip Code |

| (503)902-7898 | green7126@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| NBC | universal Media LLC | |
|---|---|---|
| First Name | Last Name | |

Today Show,NBC morning news
Current Job Title (or other identifying information)

30 Rockefeller Plaza
Current Work Address (or other address where defendant may be served)

| New York | New York | 10112 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| | | |
|---|---|---|
| First Name | Last Name | |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |

Defendant 3:

| | | |
|---|---|---|
| First Name | Last Name | |

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

| County, City | State | Zip Code |

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Today show, NBC Morning news

Date(s) of occurrence:  10/03/2021- 12/06/2021

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Employees of The defendant ( NBC Universal media llc) could physically

view me while live on air. During The shows( Today, NBC morning news etc) Employees

of the Defendant ( NBC Network) Exhibited Bullying and abusive conduct directed towards and about my person. These remarks included comments about financial status,

well being, living arrangements as well as other indications that there were tabs kept on or about me or the research or outsource of information.  In some instances the

employees of said defendant ( NBC Universal media llc) on the show Today observed

me sleeping and attempted to interrupt sleep. Employees also used adjoining networks such as Newsy an extended brand of (Scripps Center) to collect and exploit personal

information. Jokingly stating The best way to beat 4 is to stay ahead of it. Using

resources overseas (traveling anchors in Beijing) to promote unfair business competition and disruption in business practices. There were also hints of this going on forever

amongst other things.  These actions not only occurred on the said dates but have been

going on since 2020.  I believe the Defendant (NBC Network) was aware of these actions

and neglected  to address and/or end these said discrepancies.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical
treatment, if any, you required and received.

N/A

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I believe the court should order compensation in the amount of $500,000,000 for

defamation of Character, invasion of privacy, mental abuse and misuse of social status

and media platform.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/20/2021 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Courtney | | Green |
| First Name | Middle Initial | Last Name |
| po Box 5011 | | |
| Street Address | | |
| Jackson county | | Missouri | 64130 |
| County, City | | State | Zip Code |
| | | green7126@gmail.com | |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



Pro Se Intake Unit
500 Pearl Street
New York, NY 10001

Courtney Green
PoBox 5011
Portland, OR 97204

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 11  AM 10:30

10007751916 0099