UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY GREEN,<br><br>                           Plaintiff,<br><br>-against-<br><br>NBC UNIVERSAL MEDIA LLC,<br><br>                          Defendant. | 22-CV-0239 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued April 4, 2022, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 4, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                          Chief United States District Judge