UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COURTNEY GREEN,

               Plaintiff,

      -against-

NBC UNIVERSAL MEDIA LLC,

               Defendant.

22-CV-0239 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who is appearing *pro se*, filed this action invoking the Court's diversity jurisdiction and asserting that Defendant NBC Universal Media has used multiple television shows to surveil and harass her in her home, and collect her personal information. On April 4, 2022, the Court dismissed this action under 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous. On April 5, 2022, the Court denied Plaintiff's motion for reconsideration. On April 5, 2022, Plaintiff filed a notice of appeal of the April 4, 2022, order, and that same day, the Court transmitted the notice of appeal to the United States Court of Appeals for the Second Circuit. On April 12, 2022, however, the Court received from Plaintiff a motion for an extension of time to file a notice of appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure. (ECF 20.) In the motion, Plaintiff asserts that she would like to appeal an order or judgment entered on March 14, 2022.

      Plaintiff has filed a number of *pro se* matters in this court in a short period of time. She appears to have submitted the April 12, 2022, motion for an extension of time to file a notice of appeal in error. Although Plaintiff lists the case number for this action on the motion, she names

in the caption "Fox Corporation" as the defendant.[1] Further, no order or judgment was entered in this case on March 14, 2022. Because the motion for extension of time to appeal appears to have been filed in the wrong case, the Court denies the motion without prejudice.

Even if Plaintiff had intentionally filed in this case the motion for an extension of time to file a notice of appeal, it must still be denied. A litigant has thirty days from entry of the order or judgment she wishes to challenge to file a notice of appeal. Fed. R. App. P. 4(a)(1)(A). Because Plaintiff timely filed her notice of appeal within thirty days after entry of the April 4, 2022, order, the Court also denies the motion for an extension of time to file a notice of appeal as unnecessary.

## CONCLUSION

The Court denies Plaintiff's motion for an extension of time to file a notice of appeal (ECF 20).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  April 15, 2022
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge

---

[1] Plaintiff did have a case against Fox Corporation, which was dismissed on April 4, 2022. *See Green v. Fox Corporation*, ECF 1:22-CV-0243, 19 (S.D.N.Y. Apr. 4, 2022). No order or judgment in that action was entered on March 14, 2022.